*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
DALY, GROSS, MCCOY
Appellate Military Judges

————————————

**UNITED STATES**
*Appellee*

**v.**

**Corey J. MURPHY**
Corporal (E-4), U.S. Marine Corps
*Appellant*

**No. 202400050**

————————————

Decided: 13 May 2025

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
Adam M. King

Sentence adjudged 22 August 2023 by a general court-martial tried at Marine Corps Base Camp Foster, Okinawa, Japan, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1, confinement for fifteen months, and a bad-conduct discharge.

For Appellant:
*Major Colin W. Hotard, USMC*

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred.[1]  However, we note the Entry of Judgment does not list the lawful general regulation for the specification to Charge I or the specification to Additional Charge I.[2]  Although we find no prejudice, Appellant is entitled to have court-martial records that correctly reflect the content of his proceedings.[3]  In accordance with R.C.M. 1111(c)(2), we modify the Entry of Judgment and direct that it be included in the record.

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

MARK K. JAMISON
Clerk of Court

---

[1] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.

[2] *United States v. Wadaa*, 84 M.J. 652, 655 (N-M. Ct. Crim. App. 2024).

[3] *United States v. Crumpley*, 49 M.J. 538, 539 (N-M. Ct. Crim. App. 1998).

# United States Navy–Marine Corps
# Court of Criminal Appeals

| | |
|---|---|
| **UNITED STATES** | **NMCCA NO. 202400050** |
| **v.** | **ENTRY OF JUDGMENT** |
| **Corey J. MURPHY** **Corporal (E-4)** **U.S. Marine Corps** *Accused* | *As Modified on Appeal* **13 May 2025** |

On 22 August 2023, the Accused was tried at Marine Corps Base Camp Foster, Okinawa, Japan, by a general court-martial, consisting of a military judge sitting alone. Military Judge Adam M. King, presided.

## FINDINGS

The following are the Accused's pleas and the Court's findings to all offenses the convening authority referred to trial:

**Charge I:** **Violation of Article 92, Uniform Code of Military Justice, 10 U.S.C. § 892.**

*Plea:* Not Guilty.

*Finding:* Withdrawn and dismissed without prejudice, to ripen into prejudice upon completion of appellate review.

**Specification:** **Violating General Order or Regulation, to wit: NAVREGS CH-1, Paragraph 1165 dated 14 September 1990, on or about 26 December 2021.**

*Plea:* Not Guilty.

*Finding:* Withdrawn and dismissed without prejudice, to ripen into prejudice upon completion of appellate review.

**Charge II:**     **Violation of Article 107, Uniform Code of Military Justice, 10 U.S.C. § 907.**

> *Plea:* Not Guilty.
>
> *Finding:* Withdrawn and dismissed without prejudice, to ripen into prejudice upon completion of appellate review.

**Specification:**     **False Official Statement on or about 2 February 2022.**

> *Plea:* Not Guilty.
>
> *Finding:* Withdrawn and dismissed without prejudice, to ripen into prejudice upon completion of appellate review.

**Charge III:**     **Violation of Article 120, Uniform Code of Military Justice, 10 U.S.C. § 920.**

> *Plea:* Not Guilty.
>
> *Finding:* Withdrawn and dismissed without prejudice, to ripen into prejudice upon completion of appellate review.

**Specification 1:**     **Sexual assault without consent on or about 26 December 2021.**

> *Plea:* Not Guilty.
>
> *Finding:* Withdrawn and dismissed without prejudice, to ripen into prejudice upon completion of appellate review.

**Specification 2:**     **Rape on or about 26 December 2021.**

> *Plea:* Not Guilty.
>
> *Finding:* Withdrawn and dismissed without prejudice, to ripen into prejudice upon completion of appellate review.

**Charge IV:**     **Violation of Article 129, Uniform Code of Military Justice, 10 U.S.C. § 929.**

> *Plea:* Not Guilty.
>
> *Finding:* Withdrawn and dismissed without prejudice, to ripen into prejudice upon completion of appellate review.

**Specification:**     **Burglary on or about 26 December 2021.**

> *Plea:* Not Guilty.
>
> *Finding:* Withdrawn and dismissed without prejudice, to ripen into prejudice upon completion of appellate review.

**Additional
Charge I:** **Violation of Article 92, Uniform Code of Military Justice,
10 U.S.C. § 892.**

> *Plea:* Guilty.
> *Finding:* Guilty.

**Specification:** **Violation of General Order or Regulation, to wit:
Paragraph 1165, NAVREGS CH-1, dated 14 September
1990, on or about 26 December 2021.**

> *Plea:* Guilty.
> *Finding:* Guilty.

**Additional
Charge II:** **Violation of Article 107, Uniform Code of Military Justice,
10 U.S.C. § 907.**

> *Plea:* Guilty.
> *Finding:* Guilty.

**Specification:** **False Official Statement on or about 2 February 2022.**

> *Plea:* Guilty.
> *Finding:* Guilty.

**Additional
Charge III:** **Violation of Article 128, Uniform Code of Military Justice,
10 U.S.C. § 928.**

> *Plea:* Guilty.
> *Finding:* Guilty.

**Specification:** **Assault consummated by battery on or about 26
December 2021.**

> *Plea:* Guilty.
> *Finding:* Guilty.

**Additional
Charge IV:** **Violation of Article 129, Uniform Code of Military Justice,
10 U.S.C. § 929.**

> *Plea:* Guilty.
> *Finding:* Guilty.

**Specification:** **Burglary on or about 26 December 2021.**

> *Plea:* Guilty.
> *Finding:* Guilty.

## SENTENCE

On 22 August 2023, a military judge sentenced Corporal Murphy to the following:

**Reduction to pay grade E-1.**

**Confinement for a total of 15 months.**

*For the Specification of Additional Charge I:*
    confinement for 1 month.

*For the Specification of Additional Charge II:*
    confinement for 4 months.

*For the Specification of Additional Charge III:*
    confinement for 6 months.

*For the Specification of Additional Charge IV:*
    confinement for 4 months.

The terms of confinement will run consecutively.

**A bad-conduct discharge.**

FOR THE COURT:

MARK K. JAMISON
Clerk of Court